PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cory James Desjarlait**

**Docket No. 0:01CR00031-1(DWF)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cory James Desjarlait** who was sentenced for Sexual Abuse of a Minor on November 1, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Sex offender registration
- Sex offender treatment
- Abstain from alcohol and not frequent establishments
- Drug and alcohol aftercare
- 1-7-2004: Conditions were modified to include 40 hours of community service hours

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On February 23, 2005, the defendant submitted a drug test which tested positive for marijuana. The defendant admitted using marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 4th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White by DMJ
Joan L. White
U.S. Probation Officer

Executed on March 4, 2005
Place Bemidji

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission