PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Corey James Desjarlait**

**Docket No. 0:01CR00031-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Corey James Desjarlait** who was sentenced for Sexual Abuse of a Minor on November 1, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Sex offender registration
- Sex offender treatment
- Abstain from alcohol and not frequent establishments
- Drug and alcohol aftercare
- 1-7-2004: Conditions modified to include 40 hours of community service work
- 3-4-2005: Conditions modified to include 25 hours of community service work

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On March 9, and April 20, 2005, the defendant submitted drug tests which tested positive for marijuana. The defendant admitted using marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAY 0 2 2005
U.S. DISTRICT COURT ST. PAUL

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 24 day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White by DMZ
Joan L. White
U.S. Probation Officer

Executed on April 29, 2005
Place Bemidji