Prob 49

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States v. Cory James Desjarlait

Docket No. 0:01CR00031-001(DWF)

## HEARING WAIVER

I, Cory James Desjarlait, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]
Cory James Desjarlait
Supervised Releasee

Witness: [signature]

Dated: 4-27-05

SCANNED
MAY 02 2005
U.S. DISTRICT COURT ST. PAUL