PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Corey James Desjarlait**

**Docket No. 0:01CR00031-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Corey James Desjarlait** who was sentenced for Sexual Abuse of a Minor on November 1, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Sex offender registration
- Mental health aftercare including sex offender treatment
- Abstain from alcohol and bars
- Drug and alcohol aftercare
- 1/7/2004: Conditions were modified to add 40 hours community service work due to drug use
- 3/4/2005: Conditions were modified to add 25 hours community service work due to drug use
- 5/7/2005: Conditions were modified to add 90 days community corrections center due to drug use

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On June 18, 2005, the Northern Winds Halfway House contacted the Red Lake Tribal Police as the defendant was intoxicated and causing a disturbance. The officers had difficulty waking the defendant and noted a strong smell of alcohol. The defendant was arrested.

MANDATORY CONDITION: The defendant shall not commit another federal, state or local crime.

On June 18, 2005, the defendant was arrested by the Red Lake Tribal Police and charged with criminal contempt and disorderly conduct. On July 11, 2005, he appeared in Red Lake Tribal Court, and further court action is pending.

SPECIAL CONDITION: The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL

On June 18, 2005, the defendant was terminated from the Northern Winds Halfway House for use of alcohol.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside in a community corrections center until his supervised release expiration date of October 8, 2005, as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 13th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

For Joan L. White
U.S. Probation Officer

Executed on July 13, 2005
Place Bemidji

c: United States Sentencing Commission