Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Corey James Desjarlait

Docket No. 0:01CR00031-001(DWF)

**HEARING WAIVER**

I, Corey James Desjarlait, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside in a community corrections center until his supervised release expiration date of October 8, 2005 as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]
Corey James Desjarlait
Supervised Releasee

Dated: 7-12-05

Witness: [signature]
John L. White
U.S. Probation Officer

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL